U. S. District Court
of
Massachusetts and New Hampshire
Merrimack, S-s-

Triple "P" Ranch
Realty Trust, R. Poors Jr.
Trustee
N.H.

vs

Town of Candia
Candia Police Dept.
Michael Thompson

} Complaint

On 1-30-2002 The Trustee Richard William Poore, Jr. and his mother Phyllis M. Poore paid $160,000. one hundred sixty thousand dollars for 2 vacant lot's of land in Candia N.H. After U.S. Bankruptcy Cases were discharged and closed per order of the Court Judge Marc W. Vaughn 1999-2001. On 5-1-2004 the Trustee obtained 2 building permits for a Raised Ranch Modular Home and State Inspected and approved. On 12/12/2004 the Trustee after the home was built transfer it the entire Estate to the Heritage Homestead Realty Trust, Richard W. Poore Jr. Trustee, with homestead rights. On 9-12-2005 the Candia Police Dept. arrested the Trustee and evicted him from the State approved Modular Home he built and owns.

①

The Trustee posted $20,000. twenty thousand dollars
in cash bail and paid attorney fees of $16,000 —
sixteen thousand dollars. The State and Candia
Police Dept. lost in Rockingham Superior Court.
The Candia Police issued 2 arrest warrants for
the Trustee and 2 search warrants. Sending the
F.B.I. of New Hampshire and U.S. Marshall to find him
and arrest him. On 7-27-2016 7 U.S. Marshalls
broke into 54 School St. Woburn MA cuffed the
Trustee at gun point and brought him to the Woburn
Police Dept. The arrest warrant was issued for Richard
Porter, 48 Rte #62 Burlington MA not him at all.
They held the Trustee in jail for 1 year and
the Superior Court Justice dismissed all charges
the State of NH Lost again. On 9-17-2006 Michael
Thompson broke into 564 Old Candia Rd. Candia NH
The Trustee's own Russel Ranch Modular Home
Value $ 899,900. — eight hundred ninety nine thousand dollars.

②

The Town of Candia sub-divided 50 acres into 4 lot's for Michael Thompson who has fraudulent property deeds and plans. Thompson has lived in the Raised Ranch Modular Home for 19 years, selling lot's of land. On 9/27/2024 The Rockingham Sheriffs Office Deputy served him Eviction Notice under law to Vacate the Modular Home by 10-8-2024 and pay the Trustee 19 years of back rent. Thompson being served in hand and by mail has a gun. Thompson gave the Candia Police Dept. a fire bomb and has been seen pouring gasoline around the home. Richard William Roberp. Trustee paid cash for all and built the Modular Home. Phyllis M Roberp now 85 years old lost $155,000. - one hundred fifty five thousand dollars of her Money.

Trustee,

Richard W. Wright.

⑤

**CERTIFICATE**

I do hereby certify the within document is a true certified copy of the Record of an Instrument recorded in the Rockingham County Registry of Deeds, State of NH, and referenced as Bk 3931 Pg 0249; the records of which I am the custodian. Dated: Brentwood, NH 2/21/2023

Attest:

*Cathy Ann Stacey*

Register of Deeds



BK 3931 PG 0249

# WARRANTY DEED

We, Donald W. Meyer and Madeline H. Meyer, husband and wife, both of P. O. Box 1920, Wolfeboro, New Hampshire 03894, for consideration paid, grant to Richard Porter, as Trustee of The Triple 'P' Ranch Realty Trust, P.O. Box #2, Epsom, New Hampshire, with **WARRANTY COVENANTS**, the property described as follows:

Two parcels of land situate in Candia, Rockingham County, New Hampshire:

Parcel A: A parcel known as Candia Tax Map 413-046.

Parcel B: A parcel known as Candia Tax Map 413-095.1.(not a buildable lot)

Meaning and intending to convey the premises conveyed to grantors by deed of Oliver C. Mitchell and Elizabeth R. Mitchell, dated January 15, 1981, recorded in Rockingham County Registry of Deeds, January 16, 1981 at Book 2381, Page 1223, less land taken by The State of New Hampshire by Eminent Domain, August 20, 1981, recorded August 26, 1981 in Rockingham County Registry of Deeds Book 42396, Page 0714, including all easements and limited access restrictions taken by The State of New Hampshire. Subject to an easement to The New Hampshire Electric Cooperative, Inc., recorded February 11, 1953 in Rockingham County Registry of Deeds at Book 1273, Page 306.

This is not homestead property.

Dated this 20th day of _November_ 2002.

_Donald W. Meyer_
Donald W. Meyer

_Madeline H. Meyer_
Madeline H. Meyer

State of New Hampshire
County of Carroll

The foregoing instrument was acknowledged before me this 20th day of _November_, 2002 by Donald W. Meyer and Madeline H. Meyer.

Notary Public / Justice of the Peace
My Commission Expires 2-20-07

STATE OF NEW HAMPSHIRE
DEPARTMENT OF REVENUE ADMINISTRATION
REAL ESTATE TRANSFER TAX

2 THOUSAND 4 HUNDRED AND XX DOLLARS

011403 580735 $2400.00

VOID IF ALTERED

Confirmatory Deed

Heritage Homestead Realty Trust, Richard W. Porter, Jr., Trustee, 54 School Street, Woburn, Middlesex County, Massachusetts 01801.

For consideration of nominal contractual dollars;

Grant to:

Richard William Porter, Jr., 54 School Street, Woburn, Middlesex County, Massachusetts 01801.

Meaning and intending to confirm:

1). A parcel of land Lot #413-046 5.8 acre with a modular home, model the Bismack, 564 Old Candia Road, Candia, Rockingham County, New Hampshire, 03034.

2). A parcel of land Lot #413-46-1, 5.1-acre, Old Candia Road, Rockingham County, New Hampshire, 03034.

3). A parcel of land Lot #413-46-2, 5.6-acre, Brown Road, Candia, Rockingham County, New Hampshire, 03034.

4). A vacant parcel of land Lot #413-46-3, 25.6-acre, Brown Road, Candia, Rockingham County, New Hampshire.

Meaning and intending to confirm the lot numbers and acreage.

Trustee,

Richard William Porter, Jr.

# LIEN CERTIFICATE
## RSA:564-A:7:II

KNOW ALL MEN BY THESE PRESENTS that, Real Estate Trustee with Power of Attorney, Richard W. Porter, Jr., 54 School Street, Woburn, Middlesex County, Massachusetts 01801, for good reasons and under RSA:564-A:7:II Trustee's Powers State of New Hampshire, hereby lien and attach real estate and money of the Town of Candia, 74 High Street, Candia, Rockingham County, State of New Hampshire 03034, for the sum of $25,000,000.00 – twenty-five million dollars, without notice.

Trustee

X _Richard W. Porter Jr._

Richard W. Porter, Jr.

4-18-2025

# EVICTION

Owner: _Heritage Homestead_
_Realty Trust_
_Triple "P" Ranch Realty_
_Trust, Grantor's_

Occupant: _____

_____

_____

_____

I, Richard W. Porter, Jr., Trustee having had Sheriffs Deputy service upon the occupant and by mail, hereby evict you for reasons that you do not legally own the home. By Deed filed in the Registry of Deeds in the County of _Rockingham_, State of: _New Hampshire_ in book _3531_ and Page _0249_ of said. _Circa Modular Home._

You owe: $_25,000,000.-_ in back rent for: _19_ years. You are hereby ordered to vacate the home or the Sheriff's Deputy will remove you.

Trustee/Owner:

_Richard W. Porter Jr._

Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604

CC: Rockingham Sheriffs
Office,
Deputy: Shannon
in hand service date 9-07-2024, Eviction to vacate by 10-8-2024
Candia Police Dept.

Richard Roe, Jr.
309 Belmont St.
Worcester MA 01604

U.S. District Court
New Hampshire
Office of the Clerk
55 Pleasant St.
Concord NH 03301

BOSTON MA 020
22 NOV 2025PM 5 L

US POSTAGE IMI PITNEY BOWES
ZIP 01604
02 4W
0000386911 NOV 20 2025
$ 001.03