UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Triple P Ranch Realty Trust,
Richard W. Porter, Trustee

     v.

Candia, NH, Town of et al.

Case No. 25-cv-522-LM-AJ

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 9, 2026 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

As Mr. Porter's claims are barred by the applicable statute of limitations, this case is dismissed. The clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
United States District Judge

Date: May 5, 2026

cc: Richard W. Porter, pro se